Decided February 10, 2012

## LUCAS BETANCOURT *v.* COMMISSIONER OF CORRECTION

The petitioner Lucas Betancourt's petition for certification for appeal from the Appellate Court, 132 Conn. App. 806 (AC 32696), is denied.

*Joseph Visone*, assigned counsel, in support of the petition.

Decided February 10, 2012

## KAREN FRANDY *v.* COMMISSIONER OF TRANSPORTATION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 132 Conn. App. 750 (AC 32979), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Dennis W. Gillooly* and *Christopher D. DePalma*, in support of the petition.

*Ronald D. Williams, Jr.*, in opposition.

Decided February 10, 2012